IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BARRY KEITH GORDON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2019

_____/

Opinion filed August 4, 2017.

An appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

Gilbert A. Schaffnit of Law Offices of Gilbert A. Schaffnit, Gainesville, for
Appellant.

Pamela Jo Bondi, Attorney General, and Robert Quentin Humphrey. Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, ROBERTS, and BILBREY, JJ., CONCUR.